IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Anna Everett and Donna Childress ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Grady Memorial Hospital ) <br> Corporation, d/b/a Grady ) <br> Health System ) <br> Defendant. ) <br> ) | CIVIL FILE ACTION NO. <br><br> 1:15-CV-0173-SCJ |

## OFFER OF JUDGMENT TO DONNA CHILDRESS

Grady Memorial Hospital Corporation ("Defendant"), by and through undersigned counsel, hereby offers to allow judgment to be entered against it in favor of Plaintiff Donna Childress ("Plaintiff") in the total sum of $849.98, consisting of $424.99 as damages stipulated by the parties pursuant to the Court's Order (Dkt. 85), and $424.99 as liquidated damages. This amount does not include reasonable attorneys' fees and costs to be determined by the Court in addition to the $849.98.

This offer is made pursuant to Fed. R. Civ. P. 68. This offer shall be deemed rejected unless accepted within fourteen (14) days of service as specified in Fed. R. Civ. P. 68.

Respectfully submitted this 27th day of November, 2017.

_____
Randy C. Gepp

Ga. Bar No. 291375
Raanon Gal
Ga. Bar No. 100281
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Telephone:  (770) 434-6868
Facsimile:  (770) 434-7376
rgepp@taylorenglish.com
rgal@taylorenglish.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Anna Everett and Donna Childress ) | |
| ) | CIVIL FILE ACTION NO. |
| Plaintiffs, ) | |
| ) | 1:15-CV-0173-SCJ |
| v. ) | |
| ) | |
| Grady Memorial Hospital ) | |
| Corporation, d/b/a Grady ) | |
| Health System ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of November, 2017, served a copy of the foregoing OFFER OF JUDGMENT to the following attorneys of record by email (kimberlymartinlaw@gmail.com) and by depositing a copy of same in the U.S. Mail with adequate postage thereon addressed as follows:

>Kimberly N. Martin
>Thomas F. Martin
>Martin and Martin, LLP
>P.O Box No. 1070
>Tucker, Ga. 30085

>TAYLOR ENGLISH DUMA LLP

>*/s/ Randy C. Gepp*
>Randy C. Gepp
>Georgia Bar No.: 291375
>rgepp@taylorenglish.com

>*Attorneys for Defendant*