UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CHILDRESS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GRADY MEMORIAL HOSPITAL CORPORATION d/b/a GRADY HEALTH SYSTEM,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-173-SCJ |

## A T T O R N E Y   F E E   J U D G M E N T

This action having come before the Court, the Honorable Steve C. Jones, United States District Judge, for consideration of the Plaintiff's Counsel's Motion for Attorney's Fees, and the Court having granted said Motion, it is

**Ordered and Adjudged** that Defendant is to pay Plaintiff's counsel $4,907.50 in attorney fees no later than May 30, 2018.

Dated at Atlanta, Georgia, this 3rd day of April, 2018.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:　　s/ Rebecca Spratt
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared and Entered
in the Clerk's Office
April 3, 2018
James N. Hatten
Clerk of Court

By:　s/ Rebecca Spratt
　　　　Deputy Clerk